

Phone (252) 830-2327
Fax (252) 830-2793

Peter A. Moore, Jr.,
Clerk of Court

United States District Court
Office of the Clerk
**201 SOUTH EVANS STREET
GREENVILLE, NC 27858**

September 26, 2022

Daniel Johnson
5540 Centerview Drive
Raleigh, NC 27606
*Pro Se Plaintiff*

Daniel Johnson
33 High Pine Trail
Greenville, SC 29617
*Pro Se Plaintiff*

RE: <u>Johnson v North Carolina State University</u>
    5:22-CV-384-D-RJ

**Notice to Parties Regarding Removal of Case to the Eastern District of North Carolina**

Dear Parties of Record:

    On September 23, 2022, a Notice of Removal was filed in the above-referenced action.

Local Civil Rule 5.3 governs removals of cases to the Eastern District of North Carolina Pursuant to this rule, within 14 days after removal you are required to file either a notice of appearance, a notice of substitution of counsel, or a motion to withdraw. Additionally, you must also file a disclosure statement in accordance with Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3. You also should consult Local Civil Rule 5.3 to determine the applicable response deadlines for any motions filed in state court prior to removal.

A party who is proceeding without an attorney shall file a notice of self representation pursuant to Local Civil Rule 5.2(b). Also, the self-represented party shall also contemporaneously file a financial disclosure statement in accordance with Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3.

Unless otherwise authorized by the court, all documents submitted for filing shall be filed

electronically using the Case Management/Electronic Case Filing System (CM/ECF). Information regarding CM/ECF and guidance in obtaining training and user log-in and password are available on the court's website, www.nced.uscourt.gov .

cc: Kenzie M. Rakes - via Notice of Electronic Filing

Sincerely,

Peter A. Moore, Jr., CLERK OF COURT

(By) _____
 Deputy Clerk