STATE OF NORTH CAROLINA

COUNTY OF WAKE

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
22-CVS-10460

FILED
2022 SEP 29 P 1:47
WAKE CO., C.S.C.
BY ___

DANIEL JOHNSON,

    Plaintiff,

v.

NORTH CAROLINA STATE UNIVERSITY,

    Defendant.

AMENDED NOTICE OF FILING
OF
NOTICE OF REMOVAL

Under 28 U.S.C. § 1446(d), Defendant North Carolina State University gives notice that it has filed a Notice of Removal of this action to the United States District Court for the Eastern District of North Carolina, a copy of which is attached as Exhibit A. Under 28 U.S.C. § 1446(d), the filing of this Notice of Removal with the Wake County Clerk of Superior Court "effect[s] the removal and the State court shall proceed no further unless and until the case is remanded."

This 29th day of September, 2022.

    JOSHUA H. STEIN
    Attorney General

    */s/ Kenzie M. Rakes*

    Kenzie M. Rakes
    Assistant Attorney General
    NC State Bar No. 46349
    krakes@ncdoj.gov

    North Carolina Department of Justice
    PO Box 629
    Raleigh, NC 27602
    Tel: 919-716-6920
    Fax: 919-716-6764

    *Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Amended Notice of Filing of Notice of Removal* was served upon the following by depositing the same in the United States mail, first class postage prepaid at the addresses indicated below.

Daniel Johnson
5540 Centerview Dr.
Raleigh NC 27606
*Pro-se Plaintiff*

This the 29th day of September, 2022.

JOSHUA H. STEIN
Attorney General

*/s/ Kenzie M. Rakes*

Kenzie M. Rakes
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-384

| | |
|---|---|
| DANIEL TAYLOR JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE UNIVERSITY,<br><br>Defendant. | **NOTICE OF REMOVAL**<br>**28 U.S.C. §§ 1331, 1441, & 1446**<br><br>**Wake County Superior Court**<br>**State of North Carolina**<br>**22-CVS-10460** |

TO: The United States District Court
for the Eastern District of North Carolina

PLEASE TAKE NOTICE THAT Defendant North Carolina State University submits this Notice of Removal under 28 U.S.C. §§ 1331 and 1441(a) to this Honorable Court.

In support of this Notice, NC State shows the following:

PROCEDURAL BACKGROUND AND RELEVANT ALLEGATIONS

1. Daniel Taylor Johnson commenced this action by filing a complaint on August 22, 2022, in the General Court of Justice, Superior Court Division, Wake County, North Carolina. Johnson's case was docketed as 22-CVS-10460.

Exhibit A

2. Johnson's complaint appears to assert three causes of action: (1) violation of the Equal Protection clause of the Fourteenth Amendment of the U.S. Constitution pursuant to 42 U.S.C. § 1983; (2) violation of the law of the land and equal protection clause of the State Constitution under *Corum v. University of North Carolina*, 330 N.C. 761, 413 S.E.2d 276 (1992); and (3) malicious prosecution.

FEDERAL QUESTION AND SUPPLEMENTAL JURISDICTION

3. This Court has original subject-matter jurisdiction under 28 U.S.C. § 1331 because Johnson's complaint alleges violations of federal law. Specifically, he claims that NC State violated the Fourteenth Amendment of the Constitution of the United States pursuant to 42 U.S.C. § 1983. Accordingly, NC State may remove this action to this Court. 28 U.S.C. § 1441(a).

4. The Court also has supplemental jurisdiction over Johnson's state-law claims. Because the Court has original jurisdiction over Johnson's federal claims, the Court has supplemental jurisdiction over "all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). Federal and state law claims that "derive from a common nucleus of operative fact[s]" form a single

constitutional case for the purpose of subject-matter jurisdiction. *City of Chicago v. Int'l Coll. of Surgeons*, 522 U.S. 156, 165 (1997).

5. Johnson's state-law claims are based on the same operative facts as his federal claims. Accordingly, this Court has supplemental jurisdiction over his state-law claims.

## NOTICE OF REMOVAL IS TIMELY

6. NC State was served with the complaint on August 24, 2022. Thus, NC State has until Friday, September 23, 2022, to file notice of removal. As a result, removal is timely under 28 U.S.C. § 1446(b)(1).

## VENUE

7. Venue is proper because the Eastern District of North Carolina includes the Superior Court of Wake County, North Carolina, where this lawsuit was originally filed. 28 U.S.C. §§ 113(a), 1441(a). In addition, the Western Division is the division that encompasses Wake County where this complaint was filed. Local Civil Rule 40.1(b).

## UNANIMOUS CONSENT TO REMOVAL

8. NC State is the only defendant and consents to this Notice of Removal.

## NOTICE TO PLAINTIFF AND STATE COURT

9. Under 28 U.S.C. § 1446(d), undersigned counsel certifies that a copy of this Notice of Removal will be served on Plaintiff and filed promptly with the Clerk of the Superior Court for Wake County.

## NON-WAIVER OF DEFENSES

10. By filing this Notice of Removal, NC State does not waive any defenses that may be available to it and expressly reserves all such defenses, objections, and motions.

WHEREFORE, NC State gives notice that the above-styled action pending in the Superior Court for Wake County, North Carolina, has been removed to this Court and that this Court has full jurisdiction over the claims herein as provided by law.

This 23rd day of September, 2022.

        JOSHUA H. STEIN
        Attorney General

        /s/ Kenzie M. Rakes
        Kenzie M. Rakes
        Assistant Attorney General
        NC State Bar No. 46349
        krakes@ncdoj.gov

North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
Tel: 919-716-6920
Fax: 919-716-6764

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF REMOVAL was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the below listed attorney for Plaintiff, if registered, and I have served the document upon opposing counsel by mailing via the US Mail, first class, postage prepaid, addressed as follows:

Daniel Johnson
33 High Pine Trail
Greenville, SC 29617

Daniel Johnson
5540 Centerview Drive
Raleigh, NC 27606

This 23rd day of September, 2022.

/s/ Kenzie M. Rakes
Kenzie M. Rakes
Assistant Attorney General