IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:22-CV-384-D

DANIEL TAYLOR JOHNSON,

    Plaintiff,

v.

NORTH CAROLINA STATE UNIVERSITY,

    Defendant.

**NOTICE OF FILING**

    Defendant North Carolina State University, through counsel, has filed the attached Notice of Filing of Notice of Removal in the Superior Court for Wake County, North Carolina (22-CVS-10460).

    This 29th day of September, 2022.

    JOSHUA H. STEIN
    Attorney General

    /s/ Kenzie M. Rakes
    Kenzie M. Rakes
    Assistant Attorney General
    NC State Bar No. 46349
    krakes@ncdoj.gov

    North Carolina Department of Justice
    PO Box 629
    Raleigh, NC  27602
    Tel: 919-716-6920
    Fax: 919-716-6764

    *Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF FILING with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users, and served upon Plaintiff by depositing the same into the US Mail, first class postage prepaid, addressed as follows:

Daniel Johnson
33 High Pine Trail
Greenville, SC 29617
*Pro-se Plaintiff*

Daniel Johnson
5540 Centerview Dr.
Raleigh NC 27606
*Pro-se Plaintiff*

This 29th day of September, 2022.

                                              /s/Kenzie M. Rakes
                                              Kenzie M. Rakes
                                              Assistant Attorney General