CLERK'S OFFICE
UNITED STATES DISTRICT COURT
P.O. BOX 25670
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH, NORTH CAROLINA 27611

OFFICIAL BUSINESS

RALEIGH NC 275
RALEIGH NC 275
RECEIVED OCT 2022 PM 2
21 OCT 2022PM 3



US POSTAGE — PITNEY BOWES

ZIP 27601 $ 000.57
02 4W
0000388832 SEP 30 2022

OCT 26 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Daniel T

554

RETURN TO SENDER
UNABLE TO FORWARD
ADDRESSEE MOVED



**United States District Court
Eastern District of North Carolina**
Office of the Clerk
Post Office Box 25670
Raleigh, North Carolina 27611

Phone: (919) 645-1700
Fax:  (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

September 30, 2022

Daniel Taylor Johnson
5540 Centerview Drive
Raleigh, NC 27606

RE:  Johnson v. North Carolina State University
     5:22-cv-384-D
     **Notice to Pro Se Party Regarding Response to Motions to Dismiss Filed on 9/30/2022—Docket Entry # 9**

Dear Mr. Johnson:

*This letter provides important information about your case.*

    The defendant filed a motion to dismiss in the above-captioned case. Local Civil Rule 7.1(f), EDNC, provides that you must respond to a motion within twenty-one (21) days of the date of service of the motions. If you fail to respond, the court may grant the motion and your case could be dismissed. Your material in opposition to the motion to dismiss must be filed with the court on or before October 24, 2022.

    Under Rule 5 of the Federal Rules of Civil Procedure and Standing Order 18-SO-5, you must serve a copy of anything that you file with the court on any party who is a not a registered user of CM/ECF (i.e., a pro se party who has not registered for e-noticing).

                                       Sincerely,
                                         Peter A. Moore, Jr., Clerk of Court


                                       By:    /s/ Nicole Sellers
                                                  Deputy Clerk

cc:    Opposing counsel via CM/ECF Notification