UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-384-D-RJ

| | |
|---|---|
| DANIEL TAYLOR JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE UNIVERSITY,<br><br>    Defendant. | **NOTICE OF WITHDRAWAL OF GOVERNMENT COUNSEL** |

Under Rule 5.2(d) of the Local Civil Rules of Practice and Procedure, Kenzie M. Rakes gives notice that she is no longer associated with this case and respectfully requests that she be allowed to withdraw her appearance in this matter.

This 3rd day of April, 2023.

                              JOSHUA H. STEIN
                              Attorney General

                              /s/ Kenzie M. Rakes
                              Kenzie M. Rakes
                              Special Deputy Attorney General
                              NC State Bar No. 46349
                              krakes@ncdoj.gov

North Carolina Department of Justice
PO Box 629
Raleigh, NC  27602
Tel: 919-716-6920
Fax: 919-716-6764

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF GOVERNMENT COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users, and served it upon Plaintiff by depositing the same into the US Mail, first class postage prepaid, addressed as follows:

Daniel Johnson
33 High Pine Trail
Greenville, SC 29617
*Pro-se Plaintiff*

This 3rd day of April, 2023.

                                                /s/ Kenzie M. Rakes
                                                Kenzie M. Rakes
                                                Assistant Attorney General