UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DANIEL TAYLOR JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> NORTH CAROLINA STATE ) <br> UNIVERISTY, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:22-CV-384-D-RJ** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES WITHOUT PREJUDICE this action for failure to prosecute. The court DISMISSES AS MOOT defendant's motion to dismiss [D.E. 9].

**This Judgment Filed and Entered on September 7, 2023, and Copies To:**

Daniel Taylor Johnson     (via US Mail to 33 High Pine Tr., Greenville, SC 29617)

Anne Phillips Martin     (via CM/ECF electronic notification)

DATE: September 7, 2023          PETER A. MOORE, JR., CLERK

                              (By)  /s/ Nicole Sellers
                              Deputy Clerk